## TOWL *v.* BRADLEY.

JURORS—VOIR DIRE EXAMINATION—STATUTE OF LIMITATIONS.
  Under a plea of the statute of limitations, counsel for the defendant has a right, as a means of determining whether or not to exercise the right of peremptory challenge, to question jurors with reference to their prejudices against such a defense.

Error to Muskegon; Russell, J. Submitted January 17, 1896. Decided February 26, 1896.

*Assumpsit* by Albert Towl against James M. Bradley for goods sold and delivered. From a judgment for plaintiff, defendant brings error. Reversed.

*F. W. Cook*, for appellant.

*Bunker & Carpenter*, for appellee.

HOOKER, J. This case is within the rule laid down in *Monaghan* v. *Insurance Co.*, 53 Mich. 245. The defendant had a right to question the jurors upon the subject of their prejudices against the defense of the statute of limitations, as a means of determining whether or not to exercise the right of peremptory challenge.

As the other assignments of error are not discussed in the brief, we do not pass upon them.

The judgment is reversed, and a new trial ordered.

The other Justices concurred.